

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00363-CV

Broderick Darnell Jones
v.
Leslie Deases, Justice of the Peace, Pct. 1, San Patricio County, Texas

On Appeal from the
156th District Court of San Patricio County, Texas
Trial Court Cause No. S-23-5113CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed due to appellant's inability to pay costs.

We further order this decision certified below for observance.

October 26, 2023